1   Thomas J. Nolan (SBN 48413)
    Emma Bradford (SBN 233256)
2   Nolan, Armstrong & Barton LLP
    600 University Ave.
3   Palo Alto, CA 94301
    Tel. (650) 326-2980  Fax (650) 326-9704
4
5   Counsel for Defendant Adriana Stumpo

6

7

**FILED**

JUL 2 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  | UNITED STATES, | Case No. CR 09-263 RMW |
    |---|---|
12  | Plaintiff, | **STIPULATION AND [PROPOSED]** |
13  | | **ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
    | v. | |
14  | | |
15  | ADRIANA STUMPO, | |
16  | Defendant | |
17  | | |

18

19      Defendant, Adriana Stumpo, by and through her attorney, Thomas J. Nolan, and the United

20  States by and through its counsel, Assistant United States Attorney, Elise Becker, hereby stipulate

21  and agree that Ms. Stumpo may move residences to reside at 335 Juniper Street, Apt. 109,

22  Longbeach, California.

23      This stipulation is entered into for the following reasons:

24      1. Ms. Stumpo is currently out of custody on $20,000 secured bond. Ms. Stumpo's father,

25  Rodney Stumpo, is her surety.

26      2. Rodney Stumpo is also Ms. Stumpo's custodian and the pretrial release condition

27  regarding Ms. Stumpo's place of residence reads "Defendant shall remain in the custody of

28  custodian Rodney Stumpo at 5529 E. Keynote St., Long Beach, California."

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE
*United States v. Buddenberg, CR 09-263RMW*

1      3. Ms. Stumpo wishes to move out of her father's home into a room-mate situation

2  nearby.

3      4. The residence to which Ms. Stumpo wishes to move is located at 335 Junipero Street,

4  Apt. 109, Longbeach, California.  This location is approximately 5 miles from Ms. Stumpo's

5  father's home at 5529 E. Keynote St., Long Beach, California.

6      5. Mr. Rodney Stumpo will remain Ms. Stumpo's surety, but will no longer be her

7  custodian.

8      6. Mr. Rodney Stumpo will maintain daily contact with Ms. Stumpo.

9      7. Mr. Rodney Stumpo will have physical access to Ms. Stumpo's new residence at all

10  times.

11

12      8. Ms. Stumpo shall maintain her employment at the NAACP, working approximately

13  35 hours per week.

14      9. Ms. Stumpo's proposed room mate at her new residence is aware of the above

15  referenced case and Ms. Stumpo's conditions of pretrial release.

16      10. My associate, Emma Bradford, has spoken with Ms. Stumpo's pretrial service officer,

17  Judith Glasgow, (213) 894-5303.  Ms. Glasgow has no objection to Ms. Stumpo's change of

18  residence.

19

20      Date:_____      Respectfully submitted,

21

22                                    /s/

23                              Thomas J. Nolan
Attorney for Defendant, Adriana Stumpo

24

25                              Respectfully submitted,

26                                    /s/

27                              Elise Becker
Assistant United States Attorney

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE
*United States v. Buddenberg, CR 09-263RMW*

2

1      ~~[PROPOSED]~~ **ORDER**

2          Based upon the representation of counsel and for good cause shown, the Court hereby

3  orders that the conditions of Ms. Stumpo's pretrial release be modified as follows:

4          1.  Ms. Stumpo is allowed to reside at 335 Junipero Street, Apt. 109, Longbeach,

5              California.

6

7          2.  Ms. Stumpo shall maintain daily contact with her father, Rodney Stumpo, who will

8              have physical access to the residence at 335 Junipero Street, Apt. 109, Longbeach,

9              California at all times.

10         3.  Rodney Stumpo remains Ms. Stumpo's surety, but will no longer serve as Ms.

11             Stumpo's custodian.

12

13 Dated:  7/29/09

14                                          HOWARD R. LLOYD
15                                          UNITED STATES MAGISTRATE JUDGE

16