| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ELISE BECKER (NYSBN 2540730)<br>Assistant United States Attorneys |

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6878
Facsimile: (415) 436-7234
Email: elise.becker@usdoj.gov

*E-FILED - 5/13/10*

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>  v. )<br>JOSEPH BUDDENBERG,<br>MARYAM KHAJAVI,<br>NATHAN POPE, A/K/A NATHAN KNOERL,<br>ADRIANA STUMPO, )<br>  Defendants. ) | CR 09-263 RMW<br><br>STIPULATION AND<br>( ) ORDER<br>EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT and<br>SCHEDULING ORDER |

The United States by and through its counsel, Assistant United States Attorneys Elise Becker and Grant Fondo, defendant Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant Maryam Khajavi, by and through her attorney J. Tony Serra, defendant Nathan Pope, by and through his attorney James Thompson, and defendant Adriana Stumpo, by and through her attorney Thomas Nolan, stipulated in open court on April 5, 2010, that the next hearing date in the case should be June 7, 2010.  The parties further agreed on the following motions schedule: defense motions to be filed by April 30, 2010; government responses to be filed by May 21, 2010; and defense replies to be filed by May 28, 2010.   The Court found that the time

SPEEDY TRIAL ACT ORDER and SCHEDULING ORDER
CR 09-263 RMW

1  period between April 5, 2010 and June 7, 2010, should be excluded from the calculation of time
2  in which the above captioned case must be tried under the Speedy Trial Act, 18 U.S.C. § 3161
3  based on the Court's earlier order on July 16, 2009, that the case taken as a whole is complex
4  under 18 U.S.C. § 3161(h)(7)(B)(ii).
5      Therefore, IT IS HEREBY ORDERED that the time between April 5, 2010, and June 7,
6  2010, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
7  3161(h)(7)(A) and (B)(ii). The Court further orders the briefing and hearing schedule set forth
8  above.  Accordingly, the case is continued to June 7, 2010.
9
10  Dated: April 6, 2010                                Respectfully submitted,
11                                                                       JOSEPH P. RUSSONIELLO
                                                                               UNITED STATES ATTORNEY
12
                                                                                         /s/
13  _____
                                                                               Elise Becker
14                                                                       Assistant United States Attorney
15
16  SO ORDERED.
17
18  DATED:  5/13/10
                                                                               _____
19                                                                       RONALD M. WHYTE
                                                                               UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

SPEEDY TRIAL ACT ORDER and SCHEDULING ORDER
CR 09-263 RMW