JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    Email: elise.becker@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  v. )<br>JOSEPH BUDDENBERG, )<br>MARYAM KHAJAVI, )<br>NATHAN POPE, A/K/A NATHAN KNOERL, )<br>ADRIANA STUMPO, )<br>    Defendants. ) | CR 09-263 RMW<br><br>STIPULATION AND (PROPOSED) ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States by and through its counsel, Assistant United States Attorneys Elise Becker and Grant Fondo, defendant Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant Maryam Khajavi, by and through her attorney J. Tony Serra, defendant Nathan Pope, by and through his attorney James Thompson, and defendant Adriana Stumpo, by and through her attorney Thomas Nolan, stipulated in open court on June 7, 2010, that the next hearing date in the case should be July 19, 2010.  The Court found that the time period between June 7, 2010, and July 19, 2010, should be excluded from the calculation of time in which the above captioned case must be tried under the Speedy Trial Act, 18 U.S.C. § 3161 based on the Court's earlier

SPEEDY TRIAL ACT ORDER
CR 09-263 RMW

order on July 16, 2009, that the case taken as a whole is complex under 18 U.S.C. § 3161(h)(7)(B)(ii).

Therefore, IT IS HEREBY ORDERED that the time between June 7, 2010, and July 19, 2010, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii). Accordingly, the case is continued to July 19, 2010.

Dated: June 16, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

/s/
_____
Elise Becker
Assistant United States Attorney

SO ORDERED.

DATED:
_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

SPEEDY TRIAL ACT ORDER
CR 09-263 RMW