**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte           **REPORTER:** Lee-Anne Shortridge

**DATE:** June 7, 2010              **TIME:** 9:00 am   *(Time: 1hr. & 15 mins.)*

**CRIMINAL NO.:** CR-09-00263-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSEPH BUDDENBERG, MARYAM
         **APPEARANCES:**                KHAJAVI, NATHAN POPE &
                                         ADRIANA STUMPO           (P)

**PLTF:** AUSA: E. Becker & G. Fondo   **DEFT:** B. Bloom, T. Serra, J. McNair Thompson, T. Nolan & E. Bradford

**COURT ACTION: DEFENDANT'S MOTION TO SUPPRESS EVIDENCE' MOTION TO DISMISS; MOTION FOR DETERMINATION ON SCOPE OF RELEVANT EVIDENCE AT TRIAL AND PROPOSED JURY INSTRUCTIONS; MOTION FOR AN AMENDED BILL OF PARTICULAR**

**Hearing Held. The Court heard oral argument from the parties and took the matter under submission. The Court continued this matter to 7/19/10 @ 10:00 AM for a Status Hearing. The Court excluded time based on the number of pending motions to 7/19/10. Government to prepare exclusion order.**

                                        */s/ Jackie Garcia*
                                           **JACKIE GARCIA**
                                         **Courtroom Deputy**