Thomas J. Nolan (SBN 48413)
Emma Bradford (SBN 233256)
Nolan, Armstrong & Barton LLP
600 University Ave.
Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Counsel for Defendant Adriana Stumpo

FILED
JUL - 7 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>v.<br><br>ADRIANA STUMPO,<br><br>          Defendant | Case No. CR 09-263 RMW<br><br>[PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Based upon the representation of counsel and for good cause shown, the Court hereby orders that the conditions of Ms. Stumpo's pretrial release be modified as follows:

1. Ms. Stumpo shall maintain contact with her surety, Mr. Rodney Stumpo, once a week by telephone or in-person.

Dated: 7/7/10

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE
*United States v. Buddenberg, CR 09-263RMW*

1