| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | ELISE BECKER (NYSBN 2540730)<br>GRANT FONDO (CSBN 181530) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6878<br>Facsimile: (415) 436-7234 |
| 8 | Email: elise.becker@usdoj.gov |
| 9 | Attorneys for the Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-263 RMW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | (PROPOSED) ORDER RE |
| | ) | RETURN OF SECURITY, |
| JOSEPH BUDDENBERG, | ) | PASSPORT |
| MARYAM KHAJAVI, | ) | |
| NATHAN POPE, A/K/A NATHAN KNOERL, | ) | |
| ADRIANA STUMPO | ) | |
| | ) | |
| Defendants. | ) | |

The United States by and through its counsel, Assistant United States Attorneys Elise Becker and Grant Fondo, defendant Joseph Buddenberg, by and through his attorney, Robert Bloom, defendant Maryam Khajavi, by and through her attorney J. Tony Serra, defendant Nathan Pope, by and through his attorney James Thompson, and defendant Adriana Stumpo, by and through her attorney Thomas Nolan, stipulate that given the Court's dismissal of the indictment in this

STIPULATION
CR 09-263 RMW

matter, without prejudice, the parties' agree and stipulate that any security posted by defendants or on their behalf be released, and that defendants' passports be returned.

Dated: ~~December~~ January 5, 2011, ~~2010~~    Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

/s/
_____
Grant Fondo
Assistant United States Attorney

SO STIPULATED:

DATED: 1/5, 2011 ~~2010~~

/s/ w/permission PF
_____
Robert Bloom
Attorney for Joseph Buddenberg

DATED: 12/19/10, 2010

/s/
_____
J. Tony Serra
Attorney for Maryam Khajavi

DATED: 1/5, 2011 ~~2010~~

/s/ w/permission GF
_____
James Thompson
Attorney for Nathan Pope

DATED: 1/5/2011, ~~2010~~

/s/ w/permission GF
_____
Thomas Nolan
Attorney for Adriana Stumpo

///

///

///

STIPULATION, ORDER
CR 09-263 RMW

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court HEREBY ORDERS that any security placed by defendants or on their behalf in the above-entitled matter be released, and that defendants' passports be released back to defendants.

DATED:

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION, ORDER
CR 09-263 RMW